UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Johnson, | ) | Case No. 1:21 CV 1806 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| Federal Reserve Bank of Cleveland, | ) | |
| | ) | |
| Defendant. | ) | |

The Parties participated in a Mediation and were able to reach a settlement in this action. (See Minute Order, ECF #11) Accordingly, this action is DISMISSED WITH PREJUDICE. Parties may file any additional documentation evidencing the settlement within 45 days of the entry of this Order.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATE: March 23, 2022